# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NETEZZA CORPORATION, JAMES BAUM, JITENDRA S. SAXENA, PAUL J. FERRI, EDWARD J. ZANDER, PETER GYENES, CHARLES F. KANE, FRANCIS A. DRAMIS, JR., ROBERT J. DUNST, JR., AND CHRIS SCALET, <br><br> Defendants. | Case No. 1:10-cv-11644-JLT <br><br> <u>Class Action</u> <br><br> Jury Trial Demanded |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and due to the Court of Chancery of the State of Delaware's entry of an Order and Final Judgment on April 13, 2011 approving the settlement in the consolidated parallel litigation (*Erste-Sparinvest Kag v. Netezza Corp., et al.*, Cons. C.A. No. 5858-VCS (Del. Ch.)), the parties, plaintiff Oklahoma Law Enforcement Retirement System and defendants Netezza Corporation, James Baum, Jitendra S. Saxena, Paul J. Ferri, Edward J. Zander, Peter Gyenes, Charles F. Kane, Francis A. Dramis, Jr., Robert J. Dunst, Jr., and Chris Scalet hereby stipulate and agree that the above-captioned proceeding shall be and hereby is dismissed with prejudice. Each party agrees to bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM | NETEZZA CORPORATION, JAMES BAUM, JITENDRA S. SAXENA, PAUL J. FERRI, EDWARD J. ZANDER, PETER GYENES, CHARLES F. KANE, FRANCIS A. DRAMIS, JR., ROBERT J. DUNST, JR., AND CHRIS SCALET |
| By its attorneys, | By their attorneys, |
| */s/ Patrick T. Egan*<br>Patrick T. Egan (BBO # 637477)<br>BERMAN DEVALERIO<br>One Liberty Square<br>Boston, MA 02109<br>Tel: (617) 542-8300<br>Fax: (617) 542-1194 | */s/ John F. Batter, III*<br>John F. Batter, III<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000 |

Dated April 22, 2011